STATE OF NEW JERSEY v. MARYANN ZEHL.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LESTER BETHEA.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HARRIS, JR.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROOSEVELT JONES.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ABDUL HAQQ SALAAM.

June 7, 1988.

Petition for certification denied.